PD-0522-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/9/2015 12:37:15 PM
Accepted 6/11/2015 2:47:41 PM
ABEL ACOSTA
CLERK

**CRIMINAL APPEAL CASE NO.**
**4TH COURT OF APPEALS NO. 04-13-00789-CR**

JOHN CHRISTOPHER DOMINGUEZ     *

VS.     *

THE STATE OF TEXAS     *

granted to 7-6-15

IN THE COURT OF

CRIMINAL APPEALS   Keller

AUSTIN, TEXAS   6-11-15

## PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR WRIT OF DISCRETIONARY REVIEW *DUE TO EXTRAORDINARY MEDICAL CIRCUMSTANCES*

NOW COMES APPELLANT, JOHN CHRISTOPHER DOMINGUEZ, and submits to this Honorable Court his Second Motion for Extension of Time to File Petition for Writ of Discretionary Review due to Extraordinary Medical Circumstances, and in support thereof would show:

1. **Petitioner's Conviction.** Appellant was convicted by a jury of the felony offense of KIDNAPPING, alleged to have been committed September 9, 2010.

2. **Petitioner's Sentence.** Appellant was sentenced on October 10, 2013, to serve a term of sixty years confinement in the Texas Department of Criminal Justice Institutional Division. Appellant brought appeal.

3. **The Appellate Timeline.** Appellant's Brief was filed with the Honorable Fourth Court of Appeals on May 29, 2014, and the Appellee's Brief was then subsequently filed August 8, 2014.. The Honorable Fourth Court of Appeals issued an Opinion on March 25, 2015. The Opinion denied each of the Appellant's issues that had been presented in Appellant's Brief as error. The Panel Opinion was 2-1, with a well-crafted dissenting opinion. Petitioner intends to attempt to persuade this Honorable Court of Criminal Appeals that the dissenting opinion was correctly decided, and that the majority panel opinion was in error.

FILED IN
COURT OF CRIMINAL APPEALS

June 11, 2015

ABEL ACOSTA, CLERK

4. **The Discretionary Review Timeline:** The Petition for Writ of Discretionary Review was therefore due thirty (30) days later, on April 24, 2015. Petitioner filed one prior Motion for Extension of time to file the Petition for Writ of Discretionary Review. That Motion was Granted, and the due date was extended until May 26, 2015. This Honorable Court indicated that no further extensions would be entertained, but extraordinary medical circumstances circumstances have required undersigned counsel to request this additional extension. Now, within fifteen (15) days of the May 26, 2015 extended date, Appellant moves for an additional extension of time to file his Petition for Writ of Discretionary Review.

5. **Extraordinary Medical Circumstances:** On Monday, May 11, 2015, with fifteen days remaining to meet the extended deadline for the Petition for Writ of Discretionary Review, counsel fell ill in court. He went home that morning to recover from strong flu-like symptoms. The next day, Tuesday, May 12, 2015, counsel was transported by ambulance to St. Luke's Baptist Hospital in San Antonio, Texas. He was admitted to the hospital, where he was diagnosed not with the flu, but with a double intussusception intestinal blockage. Counsel spent the next fifteen days inpatient at the hospital. He was fed intravenously. He had a drain tube down his throat. He underwent bowel surgery.. He lost nearly 15% of his body weight. He was prescribed strong pain-killing medication. As such, he was unable to complete work on any of his cases.

6. **Release from Hospital:** Counsel was released from the hospital Wednesday evening, May 27, 2015, with orders not to return to work until Monday June 1, 2015. Counsel was prescribed an in-home nurse for daily surgical wound care. Finally, on June 1, 2015, three weeks after onset of symptoms. Counsel returned to his office. Counsel began to catch up after more than thirty missed court dates, two missed federal deadlines, and two appellate deadlines.

7. **Time Requested:** Appellant requests an additional extension until June 23, 2015. This extension will place counsel in the same position he was in when he fell ill, with approximately two weeks left to complete the Petition.

8      **Not a Request for Mere Delay.** This Motion is not brought for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted and that the time period for filing the Petition for Writ of Discretionary Review be extended until June 23, 2015.

Respectfully Submitted,

/s/

PATRICK B. MONTGOMERY
SBN 14295350
111 Soledad, Suite 300
San Antonio, TX 78205
(210) 225-8940
(978) 285-4664 Telecopier
ATTORNEY FOR APPELLANT
PatMontgomery@Gmail.com

## CERTIFICATE OF SERVICE

I, PATRICK MONTGOMERY, do hereby certify that I have filed the aforegoing Appellant's Motion for Extension of Time to File Petition for Discretionary Review with the state efiling system, and requested service upon counsel for Respondent Bexar County District Attorney's Office.

/s/

PATRICK B. MONTGOMERY

# CRIMINAL APPEAL CASE NO. _____
## 4TH COURT OF APPEALS  NO. 04-13-00789-CR

| | | |
|---|---|---|
| JOHN CHRISTOPHER DOMINGUEZ | * | IN THE COURT OF |
| | * | |
| VS. | * | CRIMINAL APPEALS |
| | * | |
| THE STATE OF TEXAS | * | AUSTIN, TEXAS |

On this the _____ day of _____, 20__, came to be heard Appellant's Motion for Extension of Time to File Petition for Writ of Discretionary Review, and it appears to the Court that this Motion should be:

GRANTED  /  DENIED

(    )    IT IS THEREFORE ORDERED that the deadline for filing the Petition for Writ of Discretionary Review is the _____ day of _____,20____.

_____
JUDGE PRESIDING